**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02027-CNS

YORDIN MIGUEL LAMEDA CORDERO,

      Petitioner,

v.

ROBERT HAGAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
WARDEN OF THE DENVER CONTRACT FACILITY,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney entered on July 14, 2026, [ECF No. 14] it is

ORDERED that the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF No. 1] is DENIED without prejudice. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 14th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   J. Dynes

J. Dynes, Deputy Clerk